UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| MARTHA DEAN<br>*Plaintiff* | : | CIVIL ACTION NO. 3:02CV01890(AWT) |
| | : | 2004 APR 29 A 10: 53 |
| v. | : | U.S. DISTRICT COURT<br>HARTFORD, CT. |
| RICHARD BLUMENTHAL<br>*Defendant* | : | APRIL 27, 2004 |

## APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendant, Richard Blumenthal, in the above-captioned case.

Dated at Hartford, Connecticut, this 27th day of April, 2004.

DEFENDANT

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Susan Quinn Cobb
Assistant Attorney General
Federal Bar No. ct03850
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5020
Fax: (860) 808-5347
susan.cobb@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 27th day of April, 2004 to:

Karen Lee Torre
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Susan Quinn Cobb
Assistant Attorney General