UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAY -4  A 10: 39

U.S. DISTRICT COURT
HARTFORD. CT.

| | | |
|---|---|---|
| MARTHA DEAN | : | CIVIL ACTION NO. 3:02CV01890(AWT) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| RICHARD BLUMENTHAL | : | |
| *Defendant* | : | MAY 3, 2004 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned counsel hereby moves to withdraw his appearance in the above

captioned matter because the undersigned was recently nominated to be a judge of the Superior

Court.

Opposing counsel does not oppose this motion.

DEFENDANT

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____

Eliot D. Prescott
Assistant Attorney General
Federal Bar No. ct14121
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5020
Fax: (860) 808-5347
Eliot.Prescott@po.state.ct.us

NO ORAL ARGUMENT REQUESTED
NO TESTIMONY REQUIRED

## **ORDER**

Having heard the foregoing Motion to Withdraw Appearance, it is hereby ORDERED:

GRANTED/DENIED.

_____                    _____
Date                                                Judge/Clerk of the Court

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of

the Federal Rules of Civil Procedure on this 3rd day of May, 2004 to:

Karen Lee Torre
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

Gregory T. D'Auria, AAG
Office of the Attorney General
55 Elm Street
Hartford, CT 06106

Susan Quinn Cobb, AAG
Office of the Attorney General
55 Elm Street
Hartford, CT 06106

Eliot D. Prescott
Assistant Attorney General