UNITED STATES DISTRICT COURT     **FILED**
DISTRICT OF CONNECTICUT



MARTHA DEAN              :    CIVIL ACTION NO. 3:02CV01890(AWT)
   *Plaintiff*         :
                          :
v.                       :
                           :
RICHARD BLUMENTHAL       :
   *Defendant*         :    MAY 3, 2004

## MOTION TO WITHDRAW APPEARANCE

The undersigned counsel hereby moves to withdraw his appearance in the above captioned matter because the undersigned was recently nominated to be a judge of the Superior Court.

Opposing counsel does not oppose this motion.

                                        DEFENDANT

                                        RICHARD BLUMENTHAL
                                        ATTORNEY GENERAL

BY:       _____
                Eliot D. Prescott
                Assistant Attorney General
                Federal Bar No. ct14121
                55 Elm Street
                P.O. Box 120
                Hartford, CT  06141-0120
                Tel: (860) 808-5020
                Fax: (860) 808-5347
                Eliot.Prescott@po.state.ct.us

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
5/14/04

NO ORAL ARGUMENT REQUESTED
NO TESTIMONY REQUIRED