UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARTHA DEAN | : | |
| | : | |
| Plaintiff | : | |
| | : | Civil No.3:02CV01890 (AWT) |
| V. | : | |
| | : | |
| RICHARD BLUMENTHAL | : | |
| | : | |
| Defendant | : | August 11, 2006 |

## MOTION FOR ADDITION OF PARTY

Pursuant to Rule 25(c) of the Federal Rules of Civil Procedure, this Court is requested to permit Robert Farr to be added as a party plaintiff to this action on the following grounds:

1. Robert Farr is the Republican Party's nominee for the Office of Attorney General of the State of Connecticut in respect to the November, 2006 election.

2. Attorney Farr has an interest in the subject matter and outcome of this litigation on the same basis and for the same reasons as the plaintiff Martha Dean.  Attorney Farr also has additional rights and interests in the litigation since, as shown by his affidavit[1] submitted herewith, his ability to raise contributions for his campaign is being affected by the policies and

---

[1] The affidavit submitted herewith is an unsigned copy of the original e-mailed as a Word document to the undersigned yesterday and converted to Word Perfect and then to .pdf. Upon the undersigned's receipt of the original, she will file it immediately or by no later than Tuesday, August 15, 2006.

conduct of the defendant as complained of herein and as complained of in the said affidavit. As Attorney Farr's affidavit further shows, his ability to finance his campaign is being hampered notwithstanding defendant's purported suspension of the challenged policy pending the outcome of this litigation as the freedom of potential contributors to Farr's campaign is being chilled and burdened by the continued pendency of this litigation.

     3. Attorney Farr should join as an additional party and not substitute as the party plaintiff for Martha Dean as Dean continues to have an interest in the litigation due to the fact that she may be a candidate for the subject office in the next election. Dean also wishes to continue as a party plaintiff as she has the right, should judgment enter in her favor, to the benefits of judgment, including the right to seek an award of fees and costs pursuant to 42 U.S. C. Section 1988 and Dean further retains the right to maintain her standing to take an appeal from an adverse judgment.

     4. The undersigned counsel for the plaintiff herein represents that Robert Farr is her client and he has authorized and directed the undersigned to file this motion. The undersigned further represents that this motion is being filed with the consent of the plaintiff Martha Dean.

WHEREFORE, the undersigned respectfully requests that this motion be granted.

        THE PLAINTIFF,
        MARTHA DEAN


        BY:/S/<u>Karen Lee Torre</u>
        Karen Lee Torre
        Fed. Bar No. ct01707
        Law Offices of Karen Lee Torre
        51 Elm Street, Suite 307
        New Haven, CT 06510
        Tel: (203) 865-5541
        Fax: (203) 865-4844

        Her Attorney

## **C E R T I F I C A T I O N**

I hereby certify that on August 11, 2006 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/    <u>Karen Lee Torre</u>
        Karen Lee Torre
        Fed Bar No. ct01707
        Law Offices of Karen Lee Torre
        51 Elm Street, Suite 307
        New Haven, CT 06510
        Phone: (203) 865-5541
        Fax: (203) 865-4844