UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARTHA DEAN | : |
|     Plaintiff | : |
| | :    Civil No.3:02CV01890 (AWT) |
| V. | : |
| | : |
| RICHARD BLUMENTHAL | : |
| | : |
|     Defendant | :    August 10, 2006 |

## AFFIDAVIT OF ROBERT FARR

I, ROBERT FARR, being more than eighteen years of age, and understanding the purpose of an oath, hereby makes affidavit and says:

1. On May 20, 2006 I received the Republican nomination for Attorney General for the State of Connecticut.

2. Shortly after having received the nomination, I became aware of the litigation in Federal Court brought by Martha Dean against the current Attorney General, Richard Blumenthal.

3. In that litigation, Martha Dean, who was the Republican nominee for Attorney General in 2002 sought to have Richard Blumenthal enjoined

        from enforcing a clause that he had inserted without authorization from the Legislature in all contracts for legal services by the State.

4.         The clause, (the provision) provided in part "no partner, owner, director and employee with managerial or discretionary authority of the Counsel may directly or indirectly make financial donations to any candidate for the Office of Attorney General of the State of Connecticut……"

5.         On May 30, 2006 I wrote to the Attorney General, Richard Blumenthal, and asked him to agree to suspend the enforcement of this clause for the duration of the campaign.

6.         The Attorney General Blumenthal, by letter date May 31, 2006 informed me that he was sending a letter to all firms having contracts with his office informing them that "once again the enforcement of the provision will continue to be suspended until the Court rules on the challenge".

7.         The Attorney General has by his policy prohibited any attorney in a firm that entered into a contract with the State for legal services, or their spouse, from contributing to a candidate for Attorney General.

8.         The Attorney General has supplied me with a list of sixty-two (62) law firms with contracts with the state that contain this restriction still in force. Included in that list is the law firm with which my wife is

        employed as an attorney.  The Attorney General's policy not only prohibits my wife from contributing to my campaign, but also prohibits me as her spouse from contributing to my own campaign.

9.      The Attorney General, by notifying ALL firms with contracts with the state that he will suspend the enforcement of this provision pending an outcome of this action has in effect reminded every attorney employed by those firms the Attorney General has graced their firms with a contract and that if they wish to give to my campaign, they must necessarily inquire into or otherwise check the status of this case to make sure that it is still pending.  The Attorney General has also taken the opportunity, as he has before, to express his personal and professional confidence in the legality of his policy, and thus has sent a message which I believe has chilled the ability of all those employed in these firms from contributing to my campaign.

10.     Several attorneys solicited by my campaign for contributions who are employed by these firms have indicated that they have to clear any contribution to my campaign with the managing committees or partners in their firms because of the pendency of this action.  Thus, I believe the First Amendment rights of potential contributors has been burdened and my fund-raising ability clearly affected.

11.     The effect of this has been to burden and put a damper on my ability to raise contributions from lawyers employed by these firms and their spouses.

12. The number of lawyers employed by these 62 firms is not known but clearly the class of affected lawyers and spouses numbers in the thousands and restricting their ability to freely make contributions has an adverse affect on my campaign.

_____
Robert Farr

Subscribed and sworn to before me this 10th day of August, 2006.


_____
Lisa M. Berryman
Notary Public
My Commission Expires:  2/28/08