UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARTHA DEAN | : | |
| | : | |
| Plaintiff | : | |
| | : | Civil No.3:02CV01890 (AWT) |
| V. | : | |
| | : | |
| RICHARD BLUMENTHAL | : | |
| | : | |
| Defendant | : | August 14, 2006 |

## NOTICE OF MANUAL FILING

PLEASE TAKE NOTICE that Plaintiff Martha Dean has manually filed the following attachment to her Motion for Addition of Party:

Fully executed affidavit of Robert Farr, Esq.

This exhibit has not been filed electronically because we are unable to convert the executed document to an electronic format. An unsigned copy of the affidavit was filed electronically at the time the motion was filed.

        THE PLAINTIFF
        MARTHA DEAN


    BY:/S/Karen Lee Torre
        Karen Lee Torre
        Fed. Bar No. ct01707
        Law Offices of Karen Lee Torre
        51 Elm Street, Suite 307
        New Haven, CT 06510
        Tel: (203) 865-5541
        Fax: (203) 865-4844

        Her Attorney

## **C E R T I F I C A T I O N**

I hereby certify that on August 11, 2006 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                          /s/<u>Karen Lee Torre</u>
                                                Karen Lee Torre
                                                Fed Bar No. ct01707
                                                Law Offices of Karen Lee Torre
                                                51 Elm Street, Suite 307
                                                New Haven, CT 06510
                                                Phone: (203) 865-5541
                                                Fax: (203) 865-4844