UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARTHA DEAN | : | CIVIL ACTION NO. 3:02CV1890(AWT) |
|     Plaintiff | : | |
| v. | : | |
| | : | |
| RICHARD BLUMENTHAL | : | August 22, 2006 |
|     Defendant | | |

### APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendant, Richard Blumenthal, in the above-captioned case.

Dated at Hartford, Connecticut, this 22st day of August, 2006.

                                          DEFENDANT
                                          RICHARD BLUMENTHAL

                                          RICHARD BLUMENTHAL
                                          ATTORNEY GENERAL

BY:   /s/ Jane R. Rosenberg
        Jane R. Rosenberg
        Assistant Attorney General
        Federal Bar No. ct16092
        55 Elm Street
        P.O. Box 120
        Hartford, CT  06141-0120
        Tel: (860) 808-5020
        Fax: (860) 808-5347
        Jane.Rosenberg@po.state.ct.us

## **CERTIFICATION**

I hereby certify that on August 22, 2006, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Jane R. Rosenberg
Jane R. Rosenberg
Assistant Attorney General
Federal Bar No. ct16092
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5020
Fax: (860) 808-5347
Jane.Rosenberg@po.state.ct.us
