UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARTHA DEAN | : | CIVIL ACTION NO. 3:02CV1890(AWT) |
|     Plaintiff | : | |
| v. | : | |
| | : | |
| RICHARD BLUMENTHAL | : | AUGUST 22, 2006 |
|     Defendant | | |

## DEFENDANT'S POSITION STATEMENT IN RESPONSE TO PLAINTIFF'S MOTION FOR ADDITION OF PARTY

The defendant, Attorney General Richard Blumenthal, hereby notifies the Court that he does not object to the motion filed by the plaintiff's counsel on August 11, 2006, requesting permission to add Robert Farr as a party plaintiff in this action.

DEFENDANT
RICHARD BLUMENTHAL
ATTORNEY GENERAL

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Jane R. Rosenberg
Jane R. Rosenberg
Assistant Attorney General
Federal Bar No. ct16092
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5020
Fax: (860) 808-5347
Jane.Rosenberg@po.state.ct.us

## **CERTIFICATION**

I hereby certify that on August 22, 2006, a copy of the foregoing Defendant's Position Statement Concerning Motion to Intervene was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Jane R. Rosenberg
Jane R. Rosenberg
Assistant Attorney General
Federal Bar No. ct16092
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5020
Fax: (860) 808-5347
Jane.Rosenberg@po.state.ct.us