**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
MARTHA DEAN,                   :
                               :
          Plaintiff,           :
                               :
v.                             : Civil No. 3:02CV01890(AWT)
                               :
RICHARD BLUMENTHAL,            :
                               :
          Defendant.           :
-------------------------------x
```

**ENDORSEMENT ORDER**

The plaintiff's Motion for Addition of Party (Doc. No. 27) is hereby GRANTED, absent objection. Pursuant to Fed. R. Civ. P. 25(c), Robert Farr is added as a plaintiff.

It is so ordered.

Dated this 12th day of September 2006, at Hartford, Connecticut.

                    _____/s/AWT_____
                         Alvin W. Thompson
                    United States District Judge