**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
MARTHA DEAN and ROBERT FARR,  :
                              :
        Plaintiffs,           :
                              :
v.                            :   Civ. No. 3:02CV01890(AWT)
                              :
RICHARD BLUMENTHAL,           :
                              :
        Defendant.            :
                              :
------------------------------x
```

**ORDER RE DEFENDANT'S MOTION TO DISMISS**

For the reasons set forth by the court during the telephonic status conference held on the record today, the defendant's Motion to Dismiss (Doc. No. 15) was GRANTED in part; the sole remaining claim is the First Amendment claim, which will be discussed further at the next status conference.

The defendant's motion was granted as to the plaintiff's Fourteenth Amendment Due Process claim, because neither plaintiff can show a "legitimate claim of entitlement" as required by Board of Regents of State Colleges v. Roth, 408 U.S. 564, 577 (1972), as discussed at pages 9 to 10 of the Defendant's Memorandum of Law in Support of Motion to Dismiss (Doc. No. 16).

The defendant's motion was granted as to the plaintiff's state law claims, because they are barred by the Eleventh Amendment. See Pennhurst State School and Hospital v. Halderman, 465 U.S. 89, 121 (1984).

It is so ordered.

Dated this 14th day of September 2006, at Hartford, Connecticut.

/s/AWT
Alvin W. Thompson
United States District Judge