**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
MARTHA DEAN and ROBERT FARR,   :
                               :
          Plaintiffs,          :
                               :
v.                             : Civil No. 3:02CV01890(AWT)
                               :
RICHARD BLUMENTHAL,            :
                               :
          Defendant.           :
-------------------------------x
```

### ORDER RE DEFENDANT'S MOTION TO DISMISS

For the reasons set forth by the court during the telephonic conference held on the record today, the defendant's Motion to Dismiss (Doc. No. 15) was GRANTED as to Martha Dean's remaining claim, i.e. her First Amendment claim. Thus, the defendant's Motion to Dismiss has been granted in its entirety as to Martha Dean.

It is so ordered.

Dated this 18th day of September 2006, at Hartford, Connecticut.

                              /s/AWT
                        Alvin W. Thompson
                     United States District Judge