```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT


MARTHA DEAN, and ROBERT FARR    :

     v.                         :    CASE NO. 3:02CV1890 (AWT)

RICHARD BLUMENTHAL              :
```

PARTIAL JUDGMENT

This action came on for consideration of the defendant's motion to dismiss before the Honorable Alvin W. Thompson, United States District Judge.

The court considered the full record of the case including applicable principles of law.  On September 14, 2006, the court granted the motion to dismiss in part:  1) as to the plaintiff's Fourteenth Amendment Due Process claim; and 2) as to the plaintiff's state law claims, because they are barred by the Eleventh Amendment.  On September 18, 2006, the court granted the motion to dismiss as to Martha Dean's remaining First Amendment claim.  Thus, the defendant's motion to dismiss has been granted in its entirety as to Martha Dean.

Accordingly, it is therefore ORDERED, ADJUDGED and DECREED that a partial judgment be and is hereby entered in favor of the defendant Richard Blumenthal, and all claims of the plaintiff Martha Dean are hereby dismissed from this case.

Dated at Hartford, Connecticut, this 20th day of September, 2006.

                           KEVIN F. ROWE, Clerk

                           By        /s/
                                Sandra Smith
                                Deputy Clerk