UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARTHA DEAN, et al.                    :

      Plaintiff                        :

                                 :    Civil No.3:02CV01890 (AWT)

V.                                     :

RICHARD BLUMENTHAL                     :

      Defendant                        :    October 11, 2006

## NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 4(a)(1), the plaintiff, Martha Dean, in the above-named case, hereby gives notice that she appeals to the United States Court of Appeals for the Second Circuit from the judgment in favor of the defendant, Richard Blumenthal, that entered in this action on the 20th day of September, 2006. A copy of the Partial Judgment, which disposed of all claims by plaintiff Dean, is appended hereto.

THE PLAINTIFF
MARTHA DEAN

BY: _____
Karen Lee Torre
Fed. Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510
Tel: (203) 865-5541
Fax: (203) 865-4844

Her Attorney

## C E R T I F I C A T I O N

I hereby certify that a copy of the foregoing was mailed regular U.S. mail on this 11th day of October, 2006.

Jane R. Rosenberg
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford CT 06141-0120

_____
Karen Lee Torre

2