1/30·



D. Conn. / New Haven
02-cv-1890
Thompson, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 9th day of Jan., two thousand seven,

Present:

> Hon. Guido Calabresi,
> Hon. José A. Cabranes,
> *Circuit Judges*,
> Hon. Edward R. Korman,*
> *District Judge.*



Martha Dean,

> Plaintiff-Appellant,

> v.

Richard Blumenthal,

> Defendant-Appellee.

06-4731-cv

---

Appellee moves to dismiss this appeal for lack of jurisdiction. Upon due consideration, it is hereby ORDERED that the motion is GRANTED and the appeal is DISMISSED. A final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291, and the partial judgment was not certified for immediate appeal . *See Coopers & Lybrand v. Livesay*, 437 U.S. 463, 467 (1978); *Harriscom Svenska AB v. Harris Corp.*, 947 F.2d 627, 630 (2d Cir. 1991).

A TRUE COPY
Thomas W. Asreen, Acting Clerk
by _____
DEPUTY CLERK

FOR THE COURT:
Thomas Asreen, Acting Clerk

By: *Lucille Carr*

---

*The Honorable Edward R. Korman, Chief Judge of the United States District Court for the Eastern District of New York, sitting by designation.

SAO KBT

Issued as Mandate: 2/9/07