UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT FARR | : | |
| | : | |
| Plaintiff | : | |
| | : | Civil No.3:02CV01890 (AWT) |
| V. | : | |
| | : | |
| RICHARD BLUMENTHAL | : | |
| | : | |
| Defendant | : | March 2, 2007 |

**MOTION FOR CONTINUANCE OF STATUS CONFERENCE**

This court has scheduled the above case for a status conference on March 8, 2007. Undersigned counsel has a previous commitment in District Court in New Haven on that date.

Counsel for the defendants have no objection to the request but ask the court set a date in the near future. The undersigned understands that the court would be able to hold a conference on the morning of March 14, 2007. Both undersigned counsel and counsel for the defendants are available on that date. Accordingly, the undersigned respectfully suggests that the conference be rescheduled for the morning of March 14, 2007.

Undersigned respectfully requests that the conference be held by telephone.

                    THE PLAINTIFF,
                    ROBERT FARR



BY:/S/<u>Karen Lee Torre</u>
      Karen Lee Torre
      Fed. Bar No. ct01707
      Law Offices of Karen Lee Torre
      51 Elm Street, Suite 307
      New Haven, CT 06510
      Tel: (203) 865-5541
      Fax: (203) 865-4844

Her Attorney

## **C E R T I F I C A T I O N**

I hereby certify that on March 2, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


      /s/    <u>Karen Lee Torre</u>
          Karen Lee Torre
          Fed Bar No. ct01707
          Law Offices of Karen Lee Torre
          51 Elm Street, Suite 307
          New Haven, CT 06510
          Phone: (203) 865-5541
          Fax: (203) 865-4844