**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
--------------------------------x
                                :
ROBERT FARR,                    :
                                :
        Plaintiff,              :
                                :
v.                              :   Civ. No. 3:02CV01890(AWT)
                                :
RICHARD BLUMENTHAL,             :
                                :
        Defendant.              :
                                :
--------------------------------x
```

## ORDER RE FILING OF AMENDED COMPLAINT

At the telephonic status conference held on September 18, 2006, the court and the parties discussed Robert Farr filing an amended complaint. However, a review of the docket sheet reveals that an amended complaint has not been filed. Accordingly, Robert Farr shall file an amended complaint by no later than March 12, 2007.

It is so ordered.

Dated this 5th day of March 2007 at Hartford, Connecticut.

                                /s/AWT
                           Alvin W. Thompson
                       United States District Judge