UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT FARR | : | |
| | : | |
| Plaintiff | : | |
| | : | Civil No.3:02CV01890 (AWT) |
| V. | : | |
| | : | |
| RICHARD BLUMENTHAL | : | |
| | : | |
| Defendant | : | March 12, 2007 |

**MOTION FOR TWO-DAY EXTENSION OF TIME
IN WHICH TO FILE AMENDED COMPLAINT**

Undersigned counsel respectively requests a two-day extension of time until March 14, 2007 in which to file an amended complaint in the above-captioned matter. The undersigned needs the additional time for further discussion with her clients with regard to plaintiff Robert Farr proceeding with the action. The undersigned does not wish to prepare an amended complaint if it is unnecessary.

The office of undersigned counsel attempted unsuccessfully to contact counsel for the defendant and thus the undersigned is unable to report defendant's position on this motion.

This is the first request for an extension of time for this purpose.

          THE PLAINTIFF,
          ROBERT FARR


          BY:/S/<u>Karen Lee Torre</u>
              Karen Lee Torre
              Fed. Bar No. ct01707
              Law Offices of Karen Lee Torre
              51 Elm Street, Suite 307
              New Haven, CT 06510
              Tel: (203) 865-5541
              Fax: (203) 865-4844

          His Attorney

## **C E R T I F I C A T I O N**

I hereby certify that on March 2, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


          /s/    <u>Karen Lee Torre</u>
              Karen Lee Torre
              Fed Bar No. ct01707
              Law Offices of Karen Lee Torre
              51 Elm Street, Suite 307
              New Haven, CT 06510
              Phone: (203) 865-5541
              Fax: (203) 865-4844