UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARTHA DEAN and

ROBERT FARR                            :
                                       :    Civil No.3:02CV01890 (AWT)
       Plaintiffs                      :
                                       :
V.                                     :
                                       :
RICHARD BLUMENTHAL                     :    March 15, 2007
                                       :
       Defendant                       :

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiff Robert Farr, by and through his undersigned counsel, hereby gives notice that his action may be dismissed. This notice and the dismissal does not affect the plaintiff Martha Dean who proceeds with the action.

THE PLAINTIFF,
ROBERT FARR

BY:/S/Karen Lee Torre
    Karen Lee Torre
    Fed. Bar No. ct01707
    Law Offices of Karen Lee Torre
    51 Elm Street, Suite 307
    New Haven, CT 06510
    Tel: (203) 865-5541
    Fax: (203) 865-4844

    His Attorney

**C E R T I F I C A T I O N**

I hereby certify that on March 15, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            /s/     Karen Lee Torre
                                                  Karen Lee Torre
                                                  Fed Bar No. ct01707
                                                  Law Offices of Karen Lee Torre
                                                  51 Elm Street, Suite 307
                                                  New Haven, CT 06510
                                                  Phone: (203) 865-5541
                                                  Fax: (203) 865-4844