```
                  UNITED STATES DISTRICT COURT

                    DISTRICT OF CONNECTICUT


MARTHA DEAN, and ROBERT FARR    :

     v.                         :    CASE NO. 3:02CV1890 (AWT)

RICHARD BLUMENTHAL              :
```

FINAL JUDGMENT

This action came on for consideration of the defendant's motion to dismiss before the Honorable Alvin W. Thompson, United States District Judge.

The court considered the full record of the case including applicable principles of law.  On September 14, 2006, the court granted the motion to dismiss in part:  1) as to the plaintiff's Fourteenth Amendment due process claim; and 2) as to the plaintiff's state law claims, because they were barred by the Eleventh Amendment.  On September 18, 2006, the court granted the motion to dismiss as to Martha Dean's remaining First Amendment claim.  Thus, the defendant's motion to dismiss was granted in its entirety as to Martha Dean, and on September 20, 2006, a partial judgment was entered in favor of the defendant Richard Blumenthal, on all claims of the plaintiff Martha Dean.

On February 12, 2007, the Second Circuit dismissed plaintiff Martha Dean's appeal of this court's judgment against her.

-2-

On March 21, 2007, plaintiff Robert Farr's notice of voluntary dismissal of all remaining claims in this action was approved by this court.

Accordingly, it is therefore ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant Richard Blumenthal, on all claims of the plaintiff Martha Dean, and subsequently, all of the remaining claims of the plaintiff Robert Farr have been voluntarily dismissed from this case.

Dated at Hartford, Connecticut, this 9th day of April, 2007.

                                      KEVIN F. ROWE, Clerk
                                      United States District Court


                                      By    /s/ SLS
                                              Sandra Smith
                                              Deputy Clerk