UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARTHA DEAN, et al. | : | |
| | : | |
| Plaintiff | : | |
| | : | Civil No.3:02CV01890 (AWT) |
| V. | : | |
| | : | |
| RICHARD BLUMENTHAL | : | |
| | : | |
| Defendant | : | May 8, 2007 |

## NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 4(a)(1), the plaintiff, Martha Dean, in the above-named case, hereby gives notice that she appeals to the United States Court of Appeals for the Second Circuit from the judgment in favor of the defendant, Richard Blumenthal, that entered in this action on the 9th day of April, 2007. A copy of the Final Judgment is appended hereto.

        THE PLAINTIFF
        MARTHA DEAN


BY:_____
    Karen Lee Torre
    Fed. Bar No. ct01707
    Law Offices of Karen Lee Torre
    51 Elm Street, Suite 307
    New Haven, CT 06510
    Tel: (203) 865-5541
    Fax: (203) 865-4844

    Her Attorney

## C E R T I F I C A T I O N

I hereby certify that a copy of the foregoing was mailed regular U.S. mail on this 8th day of May, 2006.

Jane R. Rosenberg, Esq.
Susan Quinn Cobb, Esq.
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford CT 06141-0120


_____
Karen Lee Torre

2