UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARTHA DEAN | : | |
| Plaintiff | : | Civil No. 3:02CV01890 (AWT) |
| V. | : | USCA No. 07-1986-cv |
| MICHAEL BLUMENTHAL | : | June 22, 2007 |
| Defendant | : | |

**INDEX TO THE RECORD**

| | Document No. |
|---|---|
| Certified copy of docket sheet | A |
| Complaint (Docket No. 1) entered on October 25, 2002 | 1 |
| Plaintiff's Application/Motion for Preliminary Injunction (Docket No. 2), entered on October 25, 2002 | 2 |
| Demand for jury trial by Martha Dean (Docket No. 3) | 3 |
| Affidavit of Martha A. Dean with attached exhibits (Docket No. 4), entered on October 25, 2002 | 4 |
| Motion hearing held by telephone regarding motion for Temporary Injunction (Docket No. 8), entered on October 30, 2002 | 5 |
| Motion hearing held by telephone regarding motion for Temporary Injunction (Docket No. 9), entered on October 30, 2002 | 6 |
| Order denying motion for Temporary Injunction (Docket No. 10), entered on October 31, 2002 | 7 |

Marked Court Exhibit List (Docket No. 12), entered on October 29, 2002) ................................................................. 8

Motion by Richard Blumenthal to Dismiss (Docket No. 15), entered on November 19, 2002 ................................................................. 9

Memorandum by Richard Blumenthal in support of motion to Dismiss (Docket No. 16), entered on November 19, 2002 ................................................................. 10

Objections by Martha Dean to motion to Dismiss (Docket No. 18), entered on December 17, 2002 ................................................................. 11

Memorandum by Martha Dean in oppositionto motion to Dismiss (Docket No. 18), entered on December 17, 2002 ................................................................. 12

Motion by Richard Blumenthal for Stay of Discovery (Docket No. 22), entered on February 4, 2003 ................................................................. 13

Endorsement granting motion for Stay of Discovery, entered on April 17, 2003 ................................................................. 14

Motion for Joinder of New Plaintiff by Martha Dean with manually filed exhibit (Docket No. 27), entered on August 14, 2006 ................................................................. 15

Order re: defendant's motion to Dismiss granting the motion in part (Docket No. 32), entered on September 14, 2006 ................................................................. 16

Minute Entry for Telephone Status Conference before Hon. Alvin W. Thompson on September 14, 2006 (Docket No. 34), entered on September 20, 2006 ................................................................. 17

Order re: defendant's motion to Dismiss granting the motion with respect o Martha Dean's remaining claim (Docket No. 33), entered on September 18, 2006 ................................................................. 18

Partial Judgment in favor of defendant Richard Blumenthal, dismissing
all claims of plaintiff Martha Dean (Docket No. 36), entered on
September 20, 2006                                                                                            19

Transcript of Proceedings held on September 14, 2006 before Hon.
Alvin W. Thompson (Docket No. 37), entered on October 4, 2006                        20

Transcript of Proceedings held on September 18, 2006 before Hon.
Alvin W. Thompson (Docket No. 38), entered on October 4, 2006                        21

Notice of Voluntary Dismissal of Robert Farr (Docket No. 48),
entered on March 15, 2007                                                                                  22

Judgment in favor of defendant Richard Blumenthal on all claims
(Docket No. 50), entered on April 9, 2007                                                          23

Notice of Appeal by Martha Dean (Docket No. 51), entered on May 9, 2007    24

THE PLAINTIFF,
MARTHA DEAN

BY:/S/Karen Lee Torre
Karen Lee Torre
Fed. Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510
Tel: (203) 865-5541
Fax: (203) 865-4844

Her Attorney

**C E R T I F I C A T I O N**

I hereby certify that on June 22, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

          /s/    Karen Lee Torre
          Karen Lee Torre
          Fed Bar No. ct01707
          Law Offices of Karen Lee Torre
          51 Elm Street, Suite 307
          New Haven, CT 06510
          Phone: (203) 865-5541
          Fax: (203) 865-4844