UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARTHA DEAN | : | |
| Plaintiff | : | Civil No. 3:02CV01890 (AWT) |
| V. | : | USCA No. 07-1986-cv |
| MICHAEL BLUMENTHAL | : | |
| | : | July 11, 2007 |
| Defendant | : | |

**AMENDED INDEX TO THE RECORD**


| | Document No. |
|---|---|
| Certified copy of docket sheet | A |
| Complaint (Docket No. 1) entered on October 25, 2002 | 1 |
| Plaintiff's Application/Motion for Preliminary Injunction (Docket No. 2), entered on October 25, 2002 | 2 |
| Demand for jury trial by Martha Dean (Docket No. 3) | 3 |
| Affidavit of Martha A. Dean with attached exhibits (Docket No. 4), entered on October 25, 2002 | 4 |
| Defendant's Objections to Motion for Temporary Injunction (Docket No. 7), entered on October 29, 20002 | 5 |
| Motion hearing held by telephone regarding motion for Temporary Injunction (Docket No. 8), entered on October 30, 2002 | 6 |
| Motion hearing held by telephone regarding motion for Temporary Injunction (Docket No. 9), entered on October 30, 2002 | 7 |

Order denying motion for Temporary Injunction (Docket No. 10), entered on October 31, 2002 8

Marked Court Exhibit List, consisting of letter dated October 29, 2002, from Eliot Prescott to Judge Thompson; affidavit of Joseph Rubin, letter from Joseph Rubin to Marsha Moses; and List of Law Firms with Open Contracts (Docket No. 12), entered on October 29, 2002. 9

Motion by Richard Blumenthal to Dismiss (Docket No. 15), entered on November 19, 2002 10

Memorandum by Richard Blumenthal in support of motion to Dismiss, including two attached exhibits and attached affidavit of counsel, (Docket No. 16), entered on November 19, 2002 11

Objections by Martha Dean to motion to Dismiss (Docket No. 18), entered on December 17, 2002 12

Memorandum by Martha Dean in opposition to motion to Dismiss (Docket No. 18), entered on December 17, 2002 13

Defendant's Reply Memorandum in support of motion to Dismiss (Docket No. 21), entered on January 13, 2003 14

Motion by Richard Blumenthal for Stay of Discovery (Docket No. 22), entered on February 4, 2003 15

Endorsement granting motion for Stay of Discovery, entered on April 17, 2003 16

Motion for Joinder of New Plaintiff by Martha Dean with manually filed exhibit (Docket No. 27), entered on August 14, 2006 17

Order re: defendant's motion to Dismiss granting the motion in part (Docket No. 32), entered on September 14, 2006 18

Minute Entry for Telephone Status Conference before Hon. Alvin W. Thompson on September 14, 2006 (Docket No. 34), entered on September 20, 2006 — 19

Order re: defendant's motion to Dismiss granting the motion with respect o Martha Dean's remaining claim (Docket No. 33), entered on September 18, 2006 — 20

Partial Judgment in favor of defendant Richard Blumenthal, dismissing all claims of plaintiff Martha Dean (Docket No. 36), entered on September 20, 2006 — 21

Transcript of Proceedings held on September 14, 2006 before Hon. Alvin W. Thompson (Docket No. 37), entered on October 4, 2006 — 22

Transcript of Proceedings held on September 18, 2006 before Hon. Alvin W. Thompson (Docket No. 38), entered on October 4, 2006 — 23

Notice of Voluntary Dismissal of Robert Farr (Docket No. 48), entered on March 15, 2007 — 24

Judgment in favor of defendant Richard Blumenthal on all claims (Docket No. 50), entered on April 9, 2007 — 25

Notice of Appeal by Martha Dean (Docket No. 51), entered on May 9, 2007 — 26

THE PLAINTIFF,
MARTHA DEAN

BY:/S/Karen Lee Torre______
Karen Lee Torre
Fed. Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510
Tel: (203) 865-5541
Fax: (203) 865-4844

Her Attorney

**C E R T I F I C A T I O N**

I hereby certify that on July 11, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/____Karen Lee Torre__
Karen Lee Torre
Fed Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510
Phone: (203) 865-5541
Fax: (203) 865-4844